*82,922-01)*

**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**       TDCJ Home

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 06596888 |
| **TDCJ Number:** | 01977869 |
| **Name:** | GEORGE,VINCENTE |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1981-04-01 |
| **Maximum Sentence Date:** | 2015-10-07 |
| **Current Facility:** | GARZA WEST |
| **Projected Release Date:** | 2015-10-07 |
| **Parole Eligibility Date:** | 2013-02-10 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any
additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day
on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | 2015-03-03 |
| **Scheduled Release Type:** | Parole |
| **Scheduled Release Location:** | HUNTSVILLE |

*Scheduled release date, type, and unit may change without notice. Therefore, it is
highly recommended that you revisit this website to verify the release information
prior to departing to pick up any offender. This information applies only to prison
sentenced offenders and does not include State Jail or Substance Abuse
offenders. The primary release sites for prison sentenced offenders are the
Huntsville Unit (men) and the Gatesville Unit (women). Releasing at the primary
release sites is from 8 a.m. until 5 p.m., however, it is recommended that, if you*

*are picking up a released offender from a primary release site, you arrive at the primary release site by 9 a.m. Offenders released from a primary release site will receive bus vouchers. If the offender is not released from a primary release site, contact the releasing unit for releasing time information.*

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2000-07-03 | AGG ROBBERY | 2003-05-27 | HARRIS | 818183 | 7-00-00 |
| 2012-06-07 | ASLT BI FAMILY MEMBER | 2013-06-25 | HARRIS | 135046001010 | 3-00-00 |

Return to Search list

*The Texas Department of Criminal Justice updates this information regularly to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an offender.*

*For questions and comments, you may contact the Texas Department of Criminal Justice, at (936) 295-6371 or webadmin@tdcj.texas.gov. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.*

New Offender Search     TDCJ Home Page